**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Alexandra R. Kyzer, | ) | C.A. No.: 2:22-cv-04579-RMG-MHC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF** |
| vs. | ) | **DISMISSAL,** |
| | ) | **WITH PREJUDICE** |
| City of Charleston, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Alexandra Kyzer, by and through her undersigned counsel, and Defendant City of Charleston, by and through its undersigned counsel, having represented to the Court Plaintiff's desire to dismiss Defendant from this action, including all of the claims and causes of action against Defendant, <u>with prejudice</u>; it is hereby,

STIPULATED, that Plaintiff's claims and causes of action against Defendant are dismissed, <u>with prejudice</u>, with each party to bear its own costs and attorneys' fees.

(signatures on following page)

1

s/ Bob J. Conley
Bob J. Conley (FID #6791)
CLEVELAND & CONLEY, LLC
171 Church Street, Suite 310
Charleston, South Carolina 29401
Telephone: (843) 577-9626
bconley@clevelandlaborlaw.com

ATTORNEY FOR DEFENDANT


s/ Bonnie Travaglio Hunt
Bonnie Travaglio Hunt (Federal ID #7760)
HUNT LAW, L.L.C.
P.O. Box 1845
Goose Creek, South Carolina 29445
Telephone: (843) 553-8709
bthunt@huntlawllc.com

ATTORNEY FOR PLAINTIFF

Charleston, South Carolina
May 31, 2024